IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTINE HENDERSON,

        Plaintiff,

v.

EMERALD PROPERTIES,

        Defendant.

Civ. No. 6:16-cv-01956-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 6), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 6) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 14th day of December, 2016.

                                        /s/ Michael J. McShane
                                        Michael McShane
                                      United States District Judge